2241 Motion Emergency                                          Date 12-28-23

Christopher L. Williams
    vs                    2:24-cv-00006-JMS-MJD
T. Rule

FILED
01/02/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

I have been locked up since July 02, 2018, for 922g and I have been earning time credits toward my release date due to the First Step Act. I have been earning 10 days per month but I have not been getting them applied toward my sentence at all. As of right now I have earned 365 days and counting. The Warden, T. Rule, has denied the earned days toward my sentence from the F.S.A. because I am not a low or minimum recidivism but the F.S.A does not state that you can not apply the Earned Time Credit days if you are not a low or minimum. It states, "If you are a low recidivism you can earn 15 days every 30 days and if you are a high or medium you can earn 10 days every 30 days. I am just asking for this E.T.C to be corrected because the warden, T. Rule, is saying he is not going to grant it because he says my crime is violent and according to the F.S.A it is not. Can the warden, T. Rule, go against the F.S.A. law?

x Christopher L. Williams 35960-001

The office of the clerk of U.S. District Court
    921 Ohio Street
    Room 104
    Terre Haute, IN 47807