UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHRISTOPHER L. WILLIAMS, | ) |
|                   Petitioner, | ) |
| v. | ) No. 2:24-cv-00006-JMS-MJD |
| T. RULE, | ) |
|                   Respondent. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Christopher L. Williams' petition for writ of habeas corpus is dismissed with prejudice.

Date: 5/6/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
      Deputy Clerk

Distribution:

CHRISTOPHER L. WILLIAMS
35960-001
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808